**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA TERESA PULLY,**

     **Plaintiff,**

**-vs-**                     **Case No. 6:08-cv-1596-Orl-22DAB**

**UNITED STATES GOVERNMENT**
**AND/OR STATE OF FLORIDA,**

     **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion for Leave to Proceed In Forma Pauperis (Doc. No. 5) filed on October 2, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied and that the case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 8, 2008 (Doc. No. 7) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Leave to Proceed In Forma Pauperis (Doc. No. 5) is DENIED, and this case is hereby DISMISSED.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 28, 2008.

Copies furnished to:

Maria Teresa Pully, *pro se*

ANNE C. CONWAY
United States District Judge